I-CHE LAI, ESQ.
Nevada Bar No. 12247
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: i-che.lai@jacksonlewis.com

*Attorneys for Defendant*
*Union Pacific Railroad Co.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Brent Sargent,<br><br>Plaintiff,<br><br>v.<br><br>Union Pacific Railroad Co.,<br><br>Defendants. | Case No. 2:26-cv-02624-GMN-DJA<br><br>**~~STIPULATION AND~~ ORDER TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT** |

Pursuant to LR IA 6-1 and IA 6-2, Plaintiff Brent Sargent and Defendant Union Pacific Railroad Co., by and through their respective undersigned counsel, hereby stipulate to extend the deadline for Defendant to respond to the Complaint to **October 5, 2026**. This is the first stipulation for extension of such deadline.

This stipulation is submitted based upon the following:

1. On August 20, 2026, Plaintiff filed the Complaint. And the Complaint was served on August 31, 2026.

2. Good cause warrants the stipulated extension. Counsel for Defendant was recently retained and needs additional time to evaluate the claims alleged in the Complaint. An extension to **October 5, 2026**, accommodates the additional time needed for evaluation and is therefore reasonable.

3. This request is made in good faith and not for the purpose of delay.

In stipulating to the extension, the parties are not waiving, relinquishing, or otherwise impairing any claim, defense, argument, or other right they may have. *See Szanto v. Marina*

*Marketplace 1, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10 (D. Nev. Nov. 26, 2013).

Dated: September 21, 2026

*/s/ Gabriel Siniscal*
Gabriel A. Siniscal
Nevada Bar No. 14761
**Hildebrand, McLeod & Nelson**
93 Quail Run Road
Henderson, Nevada 890114

Nicholas D. Thompson
*Pro Hac Vice* Forthcoming
**Casey Jones and Bolt Law Firm**
*2150 Third Avenue, Suite 350*
Anoka, Minnesota 55303

*Attorneys for Plaintiff*
*Brent Sargent*

*/s/I-Che Lai*
I-Che Lai
Nevada Bar No. 12247
Jackson Lewis P.C.
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Union Pacific Railroad Co.*

**ORDER**

IT IS SO ORDERED:

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 22, 2026

4933-8243-8866, v. 1